UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMIE T. DEAN.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY METROPOLITAN<br>(METRO) TRANSIT SYSTEM, et al.,<br><br>　　　　　　　　　Defendants. | No. C16-1821RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on November 29, 2017. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than April 13, 2017.

DATED this 28th day of March, 2017.

　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　Robert S. Lasnik
　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE