UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMIE T. DEAN, | Civil Case No. C16-1821RSL |
| Plaintiff, | |
| v. | |
| KING COUNTY METROPOLITAN (METRO) TRANSIT SYSTEM, et al., | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| Defendants. | |

This matter comes before the Court on plaintiff's request for an extension of time in which to file an amended complaint, exchange initial disclosures, and file a joint status report. Dkt. # 24. The motion is GRANTED. The Clerk of Court is directed to reset the amendment deadline (Dkt. # 22) for Friday, August 18, 2017. The initial disclosure deadlines are hereby continued to:

| | |
|---|---|
| FRCP 26(f) conference | August 23, 2017 |
| Initial disclosures pursuant to FRCP 26(a)(1) | August 30, 2017 |
| Joint status report and discovery plane required by FRCP 26(f) and LCR 26(f) | September 6, 2017 |

Dated this 2nd day of August, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 1