UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMIE T. DEAN, <br><br>           Plaintiff, <br>    v. <br><br>KING COUNTY METROPOLITAN <br>(METRO) TRANSIT SYSTEM, *et al.*, <br><br>           Defendants. | Civil Case No. C16-1821RSL <br><br>ORDER OF DISMISSAL |

On June 30, 2017, the Court dismissed the claims against the King County defendants and granted plaintiff leave to amend the complaint. Dkt. # 21. At plaintiff's request, he was granted an extension of time to August 18, 2017, in which to allege facts giving rise to a plausible inference that King County could be liable as his employer under state or federal law. Dkt. # 25. No amended complaint having been filed in a timely manner, the Clerk of Court is directed to enter judgment in this matter in favor of defendants and against plaintiff.

Dated this 22nd day of August, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1