UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JIMMIE T. DEAN,                    )      Civil Case No. C16-1821RSL
                                   )
            Plaintiff,             )
      v.                           )
                                   )      ORDER
KING COUNTY METROPOLITAN           )
(METRO) TRANSIT SYSTEM, *et al.*,  )
                                   )
            Defendants.            )
_____)

This matter comes before the Court on plaintiff's second letter requesting an extension of time in which to amend his complaint. Dkt. # 27. The letter was docketed shortly after a final order of dismissal had been entered. The Order of Dismissal (Dkt. # 26) is hereby VACATED. The Clerk of Court is directed to reset the amendment deadline (Dkt. # 22) for Friday, September 8, 2017. The initial disclosure deadlines are hereby continued to:

| | |
|---|---|
| FRCP 26(f) conference | September 13, 2017 |
| Initial disclosures pursuant to FRCP 26(a)(1) | September 20, 2017 |
| Joint status report and discovery plane required by FRCP 26(f) and LCR 26(f) | September 27, 2017 |

Dated this 24th day of August, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER - 1