UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

JIMMIE T. DEAN,

        Plaintiff,

v.

KING COUNTY METROPOLITAN (METRO) TRANSIT SYSTEM, *et al.*,

        Defendants.

Civil Case No. C16-1821RSL

SECOND ORDER OF DISMISSAL

---

On June 30, 2017, the Court dismissed the claims against the King County defendants and granted plaintiff leave to amend the complaint. Dkt. # 21. At plaintiff's request, he was granted an extension of time in which to allege facts giving rise to a plausible inference that King County could be liable as his employer under state or federal law. Dkt. # 25. Plaintiff did not amend his complaint within the time allowed. An order of dismissal was entered 1.5 hours before the Clerk docketed plaintiff's second letter requesting an extension of time in which to amend his complaint. In the interests of justice, the order of dismissal was vacated, and the deadline was extended until September 8, 2017.

Plaintiff has again failed to file an amended complaint by the deadline established by the Court, and the Court has waited an additional week to give plaintiff every opportunity to prosecute this litigation. The Clerk of Court is again directed to enter judgment in this matter in favor of defendants and against plaintiff. No further extensions of time will be granted.

1     Dated this 21st day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SECOND ORDER OF DISMISSAL - 2